**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6128**

———————————

JAMES A. PAULING,

                                    Plaintiff - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES MOLONY
CONDON, South Carolina Attorney General; JOHN
POTTERFIELD, Deputy Public Defender,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Margaret B. Seymour, District Judge.
(CA-00-2412-2-22AJ)

———————————

Submitted:  March 9, 2001          Decided:  March 21, 2001

———————————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James A. Pauling, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Pauling appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss this appeal on the reasoning of the district court. See Pauling v. South Carolina, No. CA-00-2412-2-22AJ (D.S.C. Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2